UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America<br>v.<br><br>David Leroy Weyand<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. *19-04151 CBA*

## AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT

I, Richard R. Workman, being duly sworn, state the following:

1. I am a law enforcement officer currently working as a detective with the Criminal Investigation Branch of the Directorate of Emergency Services (DES), Aberdeen Proving Ground (APG), Maryland. I have been employed in this position since May of 2017. I was previously employed as a traffic investigator with both APG DES and Aberdeen Police Department, for a total of 29 years.

2. APG is a military installation falling within the special maritime and territorial jurisdiction of the United States. My responsibilities include investigating various crimes that are reported on the installation.

3. This affidavit is intended to provide probable cause in support of a complaint against **DAVID LEROY WEYAND (Mr. Weyand)** and does not contain all the evidence known to me. It is based upon my personal observations, review of documents, and information provided to me by other law enforcement or security officers. The information that follows is true to the best of my knowledge and belief.

## SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE

4. On 30 July 2019, at approximately 1330 hours, I responded to a reported theft of government property at building 1115 on APG. Upon arrival I was advised by APG Police Officer Burgess that an Air-co brand welder belonging to the government was missing from a security shed at the side of building 1115. A statement was taken from Mr. Charles Kranz, welding shop foreman and complainant. Mr. Kranz related that on 22 July 2019 a shop technician told him the backup Air-co welder that was in the security shed was no longer there, and a different welding machine was in its place.

5. Mr. Kranz inspected the machine and looked up the equipment on his property list. He found that the bar code and manufacture's identification plate matched the property sheet, but were not on the correct machine. It was noticed that the barcode and manufacturer's plate showed signs of having been tampered with. The missing welder had been bolted to a cart for mobility. The welder now in its place did not align with the various mounting locations on the cart, and there was loose hardware lying about the cart near the base of the welder. When asked how he knew it was the wrong machine, Mr. Kranz stated he was familiar with the missing welder because he used it in the past and he regularly inspected it for inventory. During his efforts to locate the missing welder, Mr. Kranz spoke with Mr. Timothy Burcham, a technician from building 1114. Mr. Burcham identified the welder in the security shed as being one he had recently given to Mr. Weyand.

6. On 30 July 2019 I interviewed Mr. Timothy Burcham. Mr. Burcham stated Mr. Weyand had approached him on or about 8 July 2019 and asked him if he had any old TIG welding machines he could have. Mr. Burcham told Mr. Weyand that he had an old machine in the warehouse that he had purchased from the government many years ago, and that he could

2

have it. Mr. Weyand went to the warehouse and inspected the machine and told Mr. Burcham he would take the welder sometime that day. Mr. Burcham later noticed the welder had been removed from the warehouse. Mr. Burcham further stated on 29 July 2019 Mr. Kranz asked him to come to building 1115 and identify a welder in the security shed. Mr. Burcham identified the welder in the shed as being the same welder he had given to Mr. Weyand earlier in the month. Mr. Burcham noted the welder was easy to identify because it had been modified with an aftermarket hour-meter, which made the control panel very unique.

7. Building 1115 and the security shed are located on the Spesutie Island area of APG and can only be accessed by swiping an access card at a gated entrance point that is also under video surveillance. During the course of my investigation I obtained the Spesutie Island gate access card logs associated with Mr. Weyand. I then used the dates and times provided by the log to obtain video surveillance footage of Mr. Weyand's early July comings and goings. My review of the surveillance footage revealed the following:

a) Mr. Weyand leaving Spesutie Island on 2 July 2019 with the welder given to him by Mr. Burcham in the bed of his pickup.

b) Mr. Weyand arriving to Spesutie Island on 11 July 2019 at 0440 hours, much earlier than usual as his shift didn't start until 0530 hours. Located in the bed of his pickup at this time is what appears to be the same welding equipment he left with on 2 July 2019.

c) Mr. Weyand leaving Spesutie Island on 11 July 2019 at 0504 hours with a noticeably larger piece of equipment matching the description of the missing welder in the bed of his pickup.

3

**OFFENSES**

8. Based upon the foregoing, I submit there is probable cause to believe that on or about 11 July 2019, in Harford County Maryland, in the District of Maryland, Mr. Weyand committed the offense of Theft of Public Property in violation of 18 U.S.C. § 641, a class A misdemeanor.

**CONCLUSION**

9. I hereby certify that the above affidavit is true to the best of my knowledge and belief.

Richard R. Workman, Detective
Criminal Investigation Branch
Department of Emergency Services

Sworn to before me, this 19th day of December, 2019.

C. Bruce Anderson
United States Magistrate Judge

4